THE PEOPLE OF THE STATE OF NEW YORK ex rel. STOMAR REALTY CORP., Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [215 W. 83rd St., Borough of Manhattan.] — Order modified by fixing the assessed valuation of the property here involved as follows:

|  | Land | Building | Total |
| --- | --- | --- | --- |
| First three years | $65,000 | $350,000 | $415,000 |
| Last year | 65,000 | 375,000 | 440,000 |

and, as so modified, affirmed, with $20 costs and disbursements to the appellant. No opinion. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., taking no part. Settle order on notice.

In the Matter of ERNA KALOS et al., Appellants. MARION S. GREENWALD et al., Copartners Doing Business under the Name of MARTGREEN REALTY COMPANY, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents-respondents. No opinion. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of RICHFIL ESTATES, INC., Respondent. VARSITY BAGS, INC., Appellant, et al., Defendants.— Upon all the circumstances, the order appealed from fixing the rent, is unanimously modified so as to provide an annual rental of $7,998.64, apportioned as follows: Second floor loft $7,676.64 ($1.08 per sq. ft.) and basement $322 ($.20 per sq. ft.), and, as so modified affirmed, with $20 costs and disbursements to the respondent-appellant. No opinion. Settle order on notice, modifying findings. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.

JOSEPH MAZELLA, Appellant, v. ROSEN & ROSEN MASON CONTRACTING, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.

GEORGE P. HAWES, JR., Appellant, v. GRAHAM GRANT, Respondent. GEORGE P. HAWES, JR., Appellant, v. GRAHAM GRANT, Respondent, and VERNON G. CARDY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 808.]

SEYMOUR GREENE et al., Respondents, v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 823.]

HOWARD M. FIBEL, Respondent, v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 823.]